Leah S. Freed, SBN 021332
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
leah.freed@ogletree.com

Attorneys for Defendant PetSmart, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aubrey Pryor, a married woman,<br><br>    Plaintiff,<br><br>v.<br><br>PetSmart, Inc., a Delaware for-profit corporation licensed to do business in the State of Arizona,<br><br>    Defendant. | No. 2:20-cv-01450-ESW<br><br>**NOTICE OF SETTLEMENT** |

Defendant PetSmart, Inc., by and through undersigned counsel, hereby submits this Notice of Settlement to inform the Court that the parties have reached a settlement in this matter. The parties anticipate filing an appropriate stipulation to dismiss this matter once the settlement has been finalized.

RESPECTFULLY SUBMITTED this 15th day of December 2020.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  s/ Leah S. Freed
Leah S. Freed
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Attorneys for Defendant PetSmart, Inc.