IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aubrey Pryor,<br><br>            Plaintiff,<br><br>v.<br><br>Petsmart Incorporated,<br><br>            Defendant. | No. CV-20-01450-PHX-MTL<br><br>**ORDER** |

The Court has received notice that this case has settled (Doc. 25). Accordingly,

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **dismiss** this entire case on January 29, 2021, with prejudice, unless prior thereto a party withdraws the Notice of Settlement (Doc. 25).

**IT IS FURTHER ORDERED** that any pending deadlines in this matter are stayed.

Dated this 15th day of December, 2020.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge